# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOSEPH ANORUO,
Appellant,
vs.
VALLEY HEALTH SYSTEM, LLC,
D/B/A SUMMERLIN HOSPITAL AND
MEDICAL CENTER,
Respondents.

No. 78600

**FILED**

JUN 26 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
CHIEF DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed in this court on April 18, 2019, without payment of the requisite filing fee. On May 15, 2019, this court entered an order directing appellant to pay the filing fee within 30 days or to seek leave to proceed in forma pauperis in district court. The order cautioned appellant that failure to pay the filing fee or file the motion would result in dismissal of this appeal. To date, appellant has not complied with this court's May 15, 2019, order. Accordingly, this appeal is hereby dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Mary Kay Holthus, District Judge
Joseph Anoruo
Littler Mendelson, P.C./Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

19-27534